**No. 45149.**—Protests 972456–G, etc., of Barbara Costume Co. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JANUARY 10, 1941

**No. 45150.**—Protest 42505–K of Dan Brechner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the paper balls in question are the same as those the subject of Abstract 40492. The claim at 35 percent under paragraph 1413 was therefore sustained.

BEFORE THE SECOND DIVISION, JANUARY 10, 1941

**No. 45151.**—Protest 23527–K of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. It was agreed by counsel that the merchandise consists of woven mufflers similar in all material respects to those the subject of Abstract 44055. The claim at 60 percent under paragraph 1209 was therefore sustained.

**No. 45152.**—Protest 23530–K of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. In accordance with agreement of counsel that some of the merchandise consists of woven mufflers in chief value of rayon or other synthetic textile, not hemmed or hemstitched, and other items consist of woven mufflers in chief value of silk, hemmed or hemstitched, and that they are similar in all material respects to those the subject of Abstract 42238, the mufflers were held dutiable as claimed.

**No. 45153.**—Protest 17313–K of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. It was agreed by the respective parties that certain of the merchandise consists of woven mufflers similar to those the subject of Abstract 44055. In accordance therewith the claim at 35 percent under paragraph 1209 and T. D. 49753 was sustained as to those mufflers.